UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALORI WAMPLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:11-cv-0606-TWP-TAB |
| | ) |
| INDIANAPOLIS COLTS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Having this day granted summary judgment in favor of Defendant, Indianapolis Colts, the Court hereby enters JUDGMENT in favor of Defendant and against the Plaintiffs.  Plaintiff shall take nothing by way of her complaint.

SO ORDERED:

Dated: 08/13/2012

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Jonathan A. Bont
BOSE MCKINNEY & EVANS, LLP
jbont@boselaw.com

Daniel C. Emerson
BOSE MCKINNEY & EVANS, LLP
demerson@boselaw.com

Kimberly D. Jeselskis
JESELSKIS LAW OFFICES, LLC
kjeselskis@kdjlegal.com

Andrew M. McNeil
BOSE MCKINNEY & EVANS, LLP
amcneil@boselaw.com